U.S. District Court Nebraska

Terryjana Peak

case # 8:23cv227

1983 Civil Action

v.

Sgt. Kylor #1564  ofc. Rengo #2321
ofc. Lier #2334  ofc. Klug #2368
ofc. Hetherington #2354

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 MAY 30 AM 10:00
OFFICE OF THE CLERK

We were stabbed, assaulted, evidence shoved and defendants refused to charge the assaulant because they are crooks using their positions to deny us due process and equal protection of Law.

[signature] Peak
4709 Nebrask Ave
Omaha, Ne 68104
402-880-4463

RECEIVED
MAY 30 2023
CLERK
U.S. DISTRICT COURT

Terrijana Peak
4729 Nebraska Ave
Omaha, Ne 68104

Hruska Federal Courthouse
111 S. 18th St #1152
Omaha, Ne 68102
Attn: Clerk of the Federal Court

RECEIVED
MAY 3 0 2023
CLERK
U.S. DISTRICT COURT

68102$1322 C016